# Dreier LLP

499 Park Avenue  
New York, NY 10022  
Tel: (212) 328-6100  
Fax: (212) 328-6101

Sarma Melngailis  
c/o One Lucky Duck  
126 East 19th Street - 1st Floor  
New York, NY  10003

January 27, 2009

## REMINDER NOTICE

| Bill Date | Matter # | Inv # | Billed | Paid | Due | Aging |
|---|---|---|---|---|---|---|
| Jan-08-08 | 601657.001 | 155901 | 4,822.25 | 0.00 | 4,822.25 | Over 90 days |
| Jan-10-08 | 601657.001 | 156275 | 7,055.34 | 0.00 | 7,055.34 | Over 90 days |
| Aug-07-08 | 601657.001 | 170560 | 1,264.80 | 0.00 | 1,264.80 | Over 90 days |
| Sep-08-08 | 601657.001 | 172677 | 1,296.84 | 0.00 | 1,296.84 | Over 90 days |
| Oct-15-08 | 601657.001 | 174935 | 6,322.47 | 0.00 | 6,322.47 | Over 90 days |
| Nov-17-08 | 601657.001 | 178440 | 6,941.33 | 0.00 | 6,941.33 | <=90 days |
| Jan-27-09 | 601657.001 | 184255 | 10,937.75 | 0.00 | 10,937.75 | <=30 days |
| Jun-16-08 | 601657.004 | 166986 | 1,573.35 | 0.00 | 1,573.35 | Over 90 days |
| Jul-08-08 | 601657.004 | 168332 | 1,219.41 | 0.00 | 1,219.41 | Over 90 days |
| Aug-07-08 | 601657.004 | 170561 | 224.95 | 0.00 | 224.95 | Over 90 days |
| Sep-08-08 | 601657.004 | 172687 | 107.10 | 0.00 | 107.10 | Over 90 days |
| Oct-07-08 | 601657.004 | 174936 | 35.70 | 0.00 | 35.70 | Over 90 days |
| Oct-07-08 | 601657.005 | 174942 | 73.44 | 0.00 | 73.44 | Over 90 days |
| Jan-08-08 | 601657.006 | 155902 | 1,510.62 | 0.00 | 1,510.62 | Over 90 days |
| Feb-07-08 | 601657.006 | 157910 | 4,253.40 | (2,591.13) | 1,662.27 | Over 90 days |
| Aug-07-08 | 601657.006 | 170568 | 891.99 | 0.00 | 891.99 | Over 90 days |
| Sep-08-08 | 601657.006 | 172682 | 2,066.52 | 0.00 | 2,066.52 | Over 90 days |
| Oct-07-08 | 601657.006 | 174944 | 3,099.78 | 0.00 | 3,099.78 | Over 90 days |
| Jan-27-09 | 601657.006 | 184255 | 5,339.01 | 0.00 | 5,339.01 | <=30 days |
| Totals | | | $59,036.05 | $(2,591.13) | $ 56,444.92 | |

**Balance Due and Owing**                                                                 **$ 56,444.92**