# United States Bankruptcy Court
## Southern District of New York

In re:  | Chapter 11

Dreier LLP | Case No. 08-15051 (SMB)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **National Economic Research Associates, Inc.** |
| Name of Transferee | Name of Transferor |

Name and address where notices to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention: Alisa Mumola
Telephone: 203-862-8211
Email: amumola@contrariancapital.com

Name and Current Address of Transferor:

National Economic Research Associates, Inc.
50 Main Street – 14th Floor
White Plains, NY 10606

**Proof of Claim #: 524**
**Total amount of Claim: $46,382.50**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____   Date: _____June 29, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

National Economic Research Associates, Inc., a __California__ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June __15__, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $46,382.50, claim number 542, against Dreier, LLP, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 08-15051 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this __15__ day of June 2010.

(Assignor)
National Economic Research Associates, Inc.

By: _[signature]_
Name: David C. Buero
Title: Chief Financial Officer

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _[signature]_
Name: 
Title: JANICE M. STANTON
MEMBER

(Assignor)
WITNESS:

By: _[signature]_
Name: Fred M Harley
Title: Controller