Hearing Date and Time: April 26, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: April 19, 2011 at 4:00 p.m. (Prevailing Eastern Time)

DIAMOND McCARTHY LLP
*Attorneys for Sheila M. Gowan,*
 *Chapter 11 Trustee*
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499
Howard D. Ressler, Esq.
Stephen T. Loden, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                  :
In re:                                            :     Chapter 11
                                                  :
**DREIER LLP,**                                   :     Case No. 08-15051 (SMB)
                                                  :
                                                  :
          **Debtor.**                             :
-------------------------------------------------------------x

## NOTICE OF HEARING
## ON FOURTH APPLICATIONS FOR INTERIM COMPENSATION
## AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES

   **PLEASE TAKE NOTICE** that on April 26, 2011 at 10:00 a.m., a hearing will be held before United States Bankruptcy Judge Stuart M. Bernstein at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom 723, New York, New York 10004-1408, or as soon thereafter as counsel can be heard, to consider the applications (the "Applications") for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by the following parties:

I.      **FEES REQUESTED**

**Applicants**

| | | |
|---|---|---|
| Diamond McCarthy LLP | Fees: | $998,202.50 |
| Attorneys for Trustee | Expenses: | $37,645.41 |
| (Period: October 1, 2010 through February 28, 2011) | | |
| | | |
| Klestadt & Winters, LLP | Fees: | $205,240.00 |
| Attorneys for Official Committee of Unsecured Creditors ("Creditors' Committee") | Expenses: | $7,478.57 |
| (Period: October 1, 2010 through February 28, 2011) | | |
| | | |
| Development Specialists, Inc. | Fees: | $117,778.75 |
| Financial Advisor to Trustee | Expenses: | $3,826.48 |
| (Period: October 1, 2010 through February 28, 2011) | | |
| | | |
| Niehaus LLP | Contingency: | $28,347.98 |
| Special Litigation Counsel to Creditors' Committee | Hourly Fees & Expenses:[1] | $10,412.85 |
| (Period: October 1, 2010 through February 28, 2011) | | |
| | | |
| Starr & Starr, PLLC | Contingency: | $8,392.26 |
| Special Litigation Counsel to Creditors' Committee | Hourly Fees & Expenses[2]: | $14,094.96 |
| (Period: October 1, 2010 through February 28, 2011) | | |
| | | |
| L. Blake Morris Law Firm[3] | Contingency | $39,234.20 |
| Special Litigation Counsel to Creditors' Committee | | |
| (Period: April 1, 2010 through February 28, 2011) | | |
| | | |
| Halperin Battaglia Raicht, LLP[4] | Fees: | $18,007.00 |
| Conflicts Counsel to Creditors' Committee | Expenses: | $117.00 |
| (Period: November 30, 2010 through February 28, 2011) | | |

     **PLEASE TAKE FURTHER NOTICE** that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website at www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Diamond McCarthy

---

[1] Hourly fees are to be paid by Wachovia Bank, N.A., per prior stipulation and agreement approved by this Court.

[2] Hourly fees are to be paid by Wachovia Bank, N.A., per prior stipulation and agreement approved by this Court.

[3] L. Blake Morris Law Firm is making its first interim application for approval of contingent fees earned.

[4] Halperin Battaglia Raicht, LLP is making its first interim application for approval of fees and expenses.

LLP, 620 Eighth Avenue, 39th Floor, New York, NY 10018, Attn: Howard D. Ressler, Esq.

**PLEASE TAKE FURTHER NOTICE** that the scheduled hearing may be adjourned or continued from time to time without further notice other than by announcement thereof in open Court.

**PLEASE TAKE FURTHER NOTICE** that responding papers filed by parties with legal representation shall be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be accessed through the Internet at the Bankruptcy Court's website: www.nysb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document of which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (a), (b) or (c), as set forth in this paragraph, and shall be hand delivered directly to the Chambers of the Honorable Stuart M. Bernstein. The objection shall be served in accordance with General Order M-242 or by first-class mail so as to be received **no later than 4:00 p.m. on April 19, 2011** by (i) Diamond McCarthy LLP, 620 Eighth Avenue, New York, New York 10018, Attn: Howard D. Ressler, Esq., attorneys for the Trustee; (ii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Brian S. Masumoto, Esq.; (iii) Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attn: Tracy L. Klestadt, Esq., attorneys for the Creditors' Committee; (iv) McCarter & English LLP, 245 Park Avenue, 27th Floor, New York, NY 10167, Attn: Joseph Lubertazzi, Jr., Esq., attorneys for Wachovia Bank, N.A.; and (v) those parties who have filed notices of appearance in this chapter 11 case. In the event that no answering papers are filed by this date, the relief sought shall be deemed uncontroverted and the Court may enter an appropriate order.

278131v1                                     3

**PLEASE TAKE FURTHER NOTICE** that attendance at this hearing is not mandatory.

Dated: New York, New York
March 24, 2011

**DIAMOND McCARTHY LLP**

By: *s/Howard D. Ressler*
Howard D. Ressler, Esq.
Stephen T. Loden, Esq.
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499
*Attorneys for Sheila M. Gowan, Chapter 11 Trustee for Dreier LLP*