B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Dreier LLP, *et al.*,  
    Debtor

Case No. 08-15051 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Recovery, Ltd.  
    Name of Transferee

Concordia Institutional Multi-Strategy Fund, Ltd.  
    Name of Transferor

Name and Address where notices to transferee should be sent:

Recovery, Ltd.,  
c/o Concordia Partners, L.P.  
1350 Avenue of the America  
New York, NY 10019  
Attn: [ ]

Court Claim # (if known): 261  
Amount of Claim: $4,905,388.88  
Date Claim Filed: 03/30/2009  
Debtor: Dreier LLP

Phone: 284-852-1010  
Last Four Digits of Acct. #: N/A

Phone: _____  
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A  
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alexander Ribaroff      Date: 17 OCT 2011  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
|---|---|
| AND TO: | Dreier LLP |
| CASE NAME: | Dreier LLP |
| CASE NO. | Chapter 11, Case No. 08-13501 (SMB) |
| CLAIM NO. | 261 |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | Unsecured claim |

It is hereby certified Concordia Institutional Multi-Strategy Fund, Ltd. ("Transferor") has assigned all of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Proof of Claim No. 261 (the "Transferred Claim") to:

Recovery, Ltd.
c/o Concordia Institutional Multi-Strategy Fund, Ltd.
1350 Avenue of the America
New York, NY 10019
("Transferee") by transfer agreement.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rule or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim and recognizing Transferee as the sole owner and holder of the Transferred Claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Transferee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of October, 2011.

Recovery, Ltd.

*Alexander Ribaroff* (signature)

Name: ALEXANDER RIBAROFF
Title: DIRECTOR

Concordia Institutional Multi- Strategy Fund, Ltd.

(signature)

Name:
Title: Basil C. Williams
Authorized Signatory

8370977