**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re:                                  :
                                        :
        DREIER LLP,                     :        Chapter 11
                                        :
                        Debtor.         :        Case No. 08-15051 (SMB)
------------------------------------------------------------x
```

### ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR AN ORDER PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AUTHORIZING AND APPROVING SETTLEMENT WITH ADRIAN KINGSHOTT

Upon consideration of the motion, dated  March 12, 2012 (the "Motion"), filed by Sheila M. Gowan (the "Trustee"), chapter 11 trustee for Dreier LLP (the "Debtor"), for an order pursuant to section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure authorizing and approving an agreement to settle with Adrian Kingshott; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § § 157 and 1334; and the Court finding that the Trustee gave due notice of the Motion and the presentment thereof to all parties reasonably expected to have an interest in the same and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate and creditors; and upon the proceedings before the Court; and good and sufficient cause appearing therefor, it is:

ORDERED that the Agreement is hereby approved; and it is further

ORDERED that all objections, if any, to the Motion or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled; and it is further

ORDERED that in the event any description of the Agreement set forth in the Motion differs from the terms of the Agreement itself, the terms of the Agreement shall control; and it is further

ORDERED that the Trustee is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Agreement and perform any and all obligations contemplated therein; and it is further

ORDERED that this Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to the construction, performance and enforcement of the terms of this Order or the terms and conditions of the Agreement hereby authorized or approved.

Dated: April 9th, 2012
New York, New York

  /s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE