KLESTADT & WINTERS, LLP
Sean C. Southard
Brendan M. Scott
Joseph C. Corneau
570 Seventh Avenue, 17th Floor
New York, NY 10018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
    DREIER LLP,                                    :    Case No. 08-15051 (SMB)
                                                    :
               Debtor.                             :
---------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

    KATELYN JAMES, being duly sworn, deposes and says:

    1.    I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 570 Seventh Avenue, 17th Floor, New York, New York, 10018.

    2.    On September 4th 2014, I served copies of a:

- Notice of Presentment of Stipulation Amending and Order Disallowing Claim No. 256 Filed by Stephen Stallings;

- Stipulation and Order Disallowing Claim No. 256 Filed by Stephen Stallings;

- Notice of Presentment of Stipulation and Order Allowing Claim No. 235 Filed by Rochelle Gores as a General Unsecured Claim and

- Stipulation and Order Allowing Claim No. 235 Filed by Rochelle Gores as a General Unsecured Claim.

by depositing true and correct copies of same by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to the parties set forth in the attached service list.

*/s/ Katelyn James*
Katelyn James

Sworn to and subscribed before me this
9th day of September, 2014

*/s/ Maeghan Joan McLoughlin*
Notary Public, State of New York

MAEGHAN JOAN MCLOUGHLIN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6264826
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 2, 2016

## Service List

ASK Financial
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

Steven C. Bennett, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Charles Robert Knight
6735 E. Greenway Parkway, Apt. 1061
Scottsdale, AZ 85254

Joel Berger
Meridian Legal Search
Meridian Personnel Associates, Inc.
25 West 43rd Street, Suite 700
New York, NY 10036

Contrarian Funds, LLC
Attn: Michael J. Restifo, CFO
411 W. Putnam Avenue, Suite 425
Greenwich, CT 06830

Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022

The Receivables Exchange
Attn: Hank Allen, CEO
437 Madison Avenue, 28th Floor
New York, NY 10022

Cybersettle Holdings Inc.
700 Canal Street, 2nd Floor
Stamford, CT 06902

Brass Gemini LLC, et al.
c/o Lee W. Stremba, Esq.
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174

HolthouseCarlin & Van Tright, LLP
11444 West Olympic Blvd. 11th Floor
Los Angeles, CA 90064

Leo Fox, Esq.
On Behalf of Merle Wolff
630 Third Avenue, 18th Floor
New York, NY  10017

Liquidity Solutions Inc.
One University Plaza, Suite 312
Hackensack, NJ  07601

Elliott Associates, L.P.
c/o Eric Mark Kay, Esq.
Quinn Emanuel Urquhart
51 Madison Avenue, 22nd Floor
New York, NY  10010

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Enid Stuart, Esq.
New York State Attorney
General's Office
120 Broadway, 24th Floor
New York, NY 10271

NYS Dept. of Taxation & Finance
Attn:  Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY  12227

Catherine M. Mingolello
2 Kathleen Road
Shelton, CT  06484

Corrao, Miller, Rush & Wiesenthal
Legal Search Consultants, Inc.
Attn: Lauren Wiesenthal 845 Third Avenue, 19th Floor.
New York, NY 10022

David M. Palmeri
President/CEO
@aquila Inc.
P.O. Box 7349
Freehold, NJ 07728-7349

Jonathan Polks, Esq.
Richard Slack, Esq.
Weil Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10163

Theodore Richman, Esq.
Soloman Richman PC
3000 Marcus Avenue, Suite 1E
Lake Success, NY 11042

David P. Canas, Esq.
Harwell Howard Hyne
333 Commerce Street, Suite 1500
Nashville, TN 37201-1829

State of New York, Dept. of Labor
Unemployment Insurance Division
Gov. W. Averell Harriman State Office
Building Campus
Building 12, Room 256
Albany, NY 12240

Cynthia J. Urbach
69 Brookline Avenue
Albany, NY 12203

Terri Meyers, Esq.
Kluger, Kaplan, Silverman,
Katzen & Levine
Miami Center, Suite 1700
201 South Biscayne Boulevard
Miami, FL 33131

Paul Kenan Schwartzberg, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

PHH Mortgage Corporation
c/o Jonathan P. Vuotto, Esq.
Riker Danzig Scherer Hyland & Perretti
P.O. Box 1981
Morristown, NJ  07962-1981

Andrew B. Kratenstein, Esq.
For Swig Equities, LLC
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY  10173

XYZ Two Way Radio Services, Inc.
Attn: Mohamed Mowad
275 20th Street
Brooklyn, NY  112150

Johnathan Honig, Esq.
Feder Kaszovitz LLP
845 Third Avenue, 11th Floor
New York, NY 10022

Lawrence Blake Morris, Esq.
L. Blake Morris Law Firm
1214 Cortelyou Road
Brooklyn, NY  11218

Richard C. Morrissey
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY   10014

Jeffrey Kramer, Esq.
Kenneth A. Rosen, Esq.
Lowenstein Sandler, P.C.
65 Livingston Avenue
Rosaland, NJ 07068

Amaranth Partners LLC and
Amaranth Advisors LLC
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY  10166