# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
    DREIER LLP,                  :
                                                    :     Case No. 08-15051 (DSJ)
         Debtor.    :
------------------------------------------------------------x

**ORDER (I) DISCHARGING THE PLAN ADMINISTRATOR AND HER PROFESSIONALS OF ANY FURTHER DUTIES IN THE CHAPTER 11 CASE AND (II) CLOSING THE CHAPTER 11 CASE AND ENTERING A FINAL DECREE**

Upon consideration of the motion, dated June 30, 2023, of Sheila M. Gowan (the "Plan Administrator"), in her capacity as Plan Administrator for the post-confirmation estate (the "Estate") of Dreier LLP ("DLLP"), by her attorneys, Klestadt Winters Jureller Southard & Stevens, LLP, pursuant to section 350(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order (i) discharging the Plan Administrator and her professionals from further duties in the Chapter 11 Case, and (ii) closing the Chapter 11 Case and entering a final decree (the "Motion")[1]; and the Court having jurisdiction to consider the Motion; and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Plan Administrator and her professionals are hereby relieved, discharged and released of any further duties in the Chapter 11 Case; and it is further

**ORDERED**, that the Plan Administrator shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

be paid within fifteen (15) days of the entry of this Order of Final Decree (the "Order"). Within five (5) days after the entry of the Order, the Plan Administrator shall provide to the United States Trustee a declaration from her counsel indicating cash disbursements for the 2nd quarter of 2023 and for any additional quarter until the date that the Order has been entered; and it is further

**ORDERED**, that pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Debtor's Chapter 11 Case is closed; and it is further

**ORDERED**, that the clerk of the Court is directed to mark the Chapter 11 Case as "closed".

Dated: New York, New York
_____ \_\_, 2023

_____
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

2