# Exhibit B

**KLESTADT WINTERS JURELLER
 SOUTHARD & STEVENS, LLP**
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Attorneys for Sheila M. Gowan, in her capacity
as Plan Administrator for the Post-Confirmation
Chapter 11 Estate of Dreier LLP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
    DREIER LLP,                         :
                                                            :   Case No. 08-15051 (DSJ)
        Debtor.      :
------------------------------------------------------------x

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

**Trustee, Trustee's Professionals, and Committee's Professionals:**

| Professional | Role | Total Fees Paid | Total Expenses Paid | Total Fees and Expenses Paid |
|---|---|---|---|---|
| **Sheila M. Gowan** | Chapter 11 Trustee | $1,451,067.50 | $2,725.38 | $1,453,792.88 |
| **Diamond McCarthy LLP** | Counsel to the Chapter 11 Trustee | $11,019,303.95 | $298,434.81 | $11,317,738.76 |
| **Klestadt Winters Jureller Southard & Stevens, LLP** | Counsel to the Creditors' Committee | $2,150,837.00 | $44,166.53 | $2,195,003.53 |

| Professional | Role | Total Fees Paid | Total Expenses Paid | Total Fees and Expenses Paid |
|---|---|---|---|---|
| **Halperin Battaglia Raicht, LLP** | Conflicts Counsel to the Creditors' Committee | $76,645.50 | $308.61 | $76,954.11 |
| **Gerald B. Lefcourt, P.C.** | Special Counsel to the Creditors' Committee | $63,055.00 | $1,274.94 | $64,329.94 |
| **Development Specialists, Inc.** | Financial Advisor to the Chapter 11 Trustee | $1,730,007.00 | $115,689.96 | $1,845,696.96 |
| **Niehaus LLP** | Special Litigation Counsel to the Creditors' Committee | $229,300.06 | $16,790.43 | $246,090.49 |
| **Starr & Starr, PLLC** | Special Litigation Counsel to the Creditors' Committee | $265,616.88 | $8,377.54 | $273,994.42 |
| **Law Officer of Lawrence Blake Morris** | Special Litigation Counsel to the Creditors' Committee | $67,210.49 | $1,495.00 | $68,705.49 |
| **Dickstein Shapiro LLP** | Special Trial Counsel | $102,409.50 | $4,380.30 | $106,789.80 |
| **Reid Collins & Tsai LLP** | Special Counsel | $119,400.00 | $1,833.78 | $121,233.78 |
| **Constellation Investment Consulting Corp.** | Special Litigation Advisor | $268,329.15 | $2,313.52 | $270,642.67 |
| **BDO, USA, LLP** | Special Litigation Advisor | $339,499.50 | $486.93 | $339,986.43 |
| **GCG, Inc.** | Administrative Agent | $259,586.40 | $2,725.38 | $262,311.78 |
| **TOTAL FEES AND EXPENSES PAID:** | | | | **$18,643,271.04** |

**Plan Administrator's Professionals:**

| Professional | Role | Total Fees and Expenses Paid |
|---|---|---|
| **Sheila M. Gowan** | Plan Administrator | $734,806.44 |
| **Diamond McCarthy LLP** | Counsel to the Plan Administrator | $67,386.02 |

2

| Professional | Role | Total Fees and Expenses Paid |
|---|---|---|
| **Klestadt Winters Jureller Southard & Stevens, LLP** | Counsel to the Plan Administrator | $798,591.17 |
| **Freedman & Taitelman, LLP** | Counsel to the Plan Administrator | $13,903.05 |
| **Dickstein Shapiro LLP** | Counsel to the Plan Administrator | $454,697.16 |
| **Reid Collins & Tsai LLP** | Counsel to the Plan Administrator | $150,330.48 |
| **EisnerAmper LLP** | Accountants to the Plan Administrator | $175,831.19 |
| **The Garden City Group, Inc./Garden City Group, LLC** | Administrative Agent to the Plan Administrator | $412,189.56 |
| **Epiq Corporate Restructuring LLC** | Administrative Agent to the Plan Administrator | $27,758.89 |
| **Development Specialists, Inc.** | Financial Advisor to the Plan Administrator | $529,234.31 |
| **TOTAL FEES AND EXPENSES PAID:** | | **$3,364,234.31** |

**Distribution to Holder of Allowed Class 1 Claim: $450,000**

**Distribution to Holder of Allowed Class 2 Claim: $3,350,069.91**

**Aggregate Distributions to Holders of Allowed Class 3 Claims: Approximately $1.9 million**

[*Continued on Next Page*]

3

**Aggregate Distributions to Holders of Allowed Class 4 Claims:  Approximately $29 million**

Dated:  New York, New York
June 30, 2023

                    **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Sean C. Southard*
Sean C. Southard
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
       lkiss@klestadt.com

*Attorneys for Sheila M. Gowan, in her capacity as Plan Administrator for the Post-Confirmation Chapter 11 Estate of Dreier LLP*